JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B. ROCK CHOE, | No.    CV 15-9757 PA (RAOx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| STATE OF CALIFORNIA DIVISION OF WORKERS' COMPENSATION, ET AL., | |
| Defendants. | |

In accordance with the Court's July 15, 2016, Minute Order dismissing the First Amended Complaint filed by plaintiff B. Rock Choe without leave to amend;

It is therefore ORDERED, ADJUDGED, and DECREED that this action is dismissed.

DATED: July 15, 2016

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE